EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U. S. Attorney
ATTN:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850-6100
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 01-00749 SPK LEK |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| v. | ) | |
| | ) | |
| BUSTER AKINA HUBBARD; GLYNNIS LOUISE KAUALILIHUNEONALANI HUBBARD; DEPARTMENT OF FINANCE, REAL PROPERTY TAX DIVISION, COUNTY OF MAUI, | ) | |
| Defendants. | ) | |
| _____ | ) | |
| FRIENDLY MARKET CENTER, LTD., | ) | |
| Garnishee. | ) | |
| _____ | ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of

Garnishment upon the judgment in a civil case, entered against the Defendant-Judgment Debtor Glynnis Louise Kaualilihuneonalani Hubbard, (hereinafter referred to as "Debtor"), social security number XXX-XX-3183, whose last known address is: P.O. Box 757, Kaunakakai, HI 96748, in the above cited action in the amount of $13,269.64, plus court costs in the amount of $583.00, and interest from the date of judgment at the legal rate of 1.460 percent per annum until paid in full, computed daily and compounded annually.

There is a balance of $13,854.66 that is due and owing as of July 28, 2008.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before July 28, 2008, and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or authorized agent is:
    FRIENDLY MARKET CENTER, LTD.
    Attn: Jeffrey S. Egusa or Crystal K. Egusa
    P.O. Box 1919
    Kaunakakai, HI 96748

DATED:   July 31, 2008  , at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

            /s/ Edric M. Ching
By_____
        EDRIC M. CHING
        Assistant U.S. Attorney
        Attorneys for the Plaintiff