Your Name: _____

Address: _____

_____

Phone: _____

Defendant-Debtor: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BUSTER AKINA HUBBARD; GLYNNIS ) <br> LOUISE KAUALILIHUNEONALANI ) <br> HUBBARD; DEPARTMENT OF ) <br> FINANCE, REAL PROPERTY TAX ) <br> DIVISION, COUNTY OF MAUI, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> FRIENDLY MARKET CENTER, LTD., ) <br> ) <br> Garnishee. ) <br> ) | Civil No. 01-00749 SPK LEK <br><br> REQUEST FOR HEARING FORM |

REQUEST FOR HEARING FORM

[ ]  I request that the Court hold a hearing in the matter.

[ ]  I think that the property the Government is taking is exempt. See the attached CLAIM FOR EXEMPTION FORM.

Dated: _____   Signature: _____