IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUSTER AKINA HUBBARD; GLYNNIS )<br>LOUISE KAUALILIHUNEONALANI )<br>HUBBARD; DEPARTMENT OF )<br>FINANCE, REAL PROPERTY TAX )<br>DIVISION, COUNTY OF MAUI )<br>)<br>Defendants, )<br>)<br>)<br>FRIENDLY MARKET CENTER, LTD., )<br>)<br>Garnishee. )<br>_____) | Civil No. 01-00749 SPK LEK<br><br>ANSWER OF THE<br>GARNISHEE FORM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>AUG 05 2008<br><br>at 11 o'clock and 05 min, M.<br>SUE BEITIA, CLERK |

## ANSWER OF THE GARNISHEE FORM

I, _CRYSTAL K. EGUSA_, state that:

I am the (State Official Title) _VICE PRESIDENT_ of Garnishee, _FRIENDLY MARKET CENTER_ a corporation, organized under the laws of the State of _HAWAII_.

On _AUGUST 2_, 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. _✓_ Yes. ___ No.

2. The Debtor's pay period is ___ weekly, ___ bi-weekly _✓_ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which the order and notice of garnishment were served) _7/26/08_
Enter the date the above pay period ends. _8/10/08_

3.  The amount of the Debtor's net wages are:

    (a) Gross Pay                          $ 1156.32
    (b) Federal income tax                 $ 23.97
    (c) F.I.C.A. income tax                $ 95.12
    (d) State income tax                   $ 42.91
    Total of tax withholdings              $ 162.00
    Net Wages                              $ 994.32
    (a less total of b,c,d)

4.  Have there been previous garnishments in effect?.
    ___ Yes.  ✓ No.  If the answer is "yes," describe below:
    _____
    _____
    _____

5.  The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

6.  The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7.  The Garnishee makes the following claim of exemption on the part of the Debtor:
    _____
    _____
    _____

2

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s):

_____
_____
_____
_____
_____

The Garnishee delivered or mailed the <u>original</u> of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the Debtor, GLYNNIS HUBBARD at P.O. Box 757, Kaunakakai, HI 96748.

The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/4/2008___

_____
Garnishee

3